UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    v.<br>JAMES K. JEFFERSON,<br><br>             Defendant. | CASE NO. C19-0211-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for relief from being required to participate in mediation pursuant to Western District of Washington Local Civil Rule 39.1 (Dkt. No. 14). The Court held a status conference in this matter on June 11, 2019, and ordered the parties to complete mediation pursuant to Local Civil Rule 39.1 no later than August 30, 2019. (*See* Dkt. No. 11.) The Government moves for relief from that requirement Defendant's failure to communicate with his counsel, Defendant's inability to confirm a mediation date, and the likely ineffectiveness of mediation due to the parties' disparate views on how this case may be resolved. (*See generally* Dkt. No. 14); *see* W.D. Wash. Local Civ. R. 39.1(a)(1). Having thoroughly considered the Government's motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that the parties are relieved of their obligation

to participate in mediation pursuant to Local Civil Rule 39.1.

DATED this 23nd day of August 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-0211-JCC
PAGE - 2