THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C19-0211-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES K. JEFFERSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of bankruptcy stay with respect to Defendant and request to vacate the trial date and related pretrial deadlines (Dkt. No. 21). On January 31, 2020, Defendant filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Washington. (*Id.* at 1–3.) As a result, this matter is subject to an automatic stay under 11 U.S.C. § 362(a).

Accordingly, this case is hereby STAYED until Defendant's bankruptcy proceedings are resolved or the Bankruptcy Court grants Plaintiff relief from the stay. The Court hereby VACATES the June 8, 2020 bench trial date and related pretrial deadlines. Within 14 days of the termination of the stay, the parties must file a joint status report notifying the Court of the termination of the stay and proposing a new case schedule, including a new noting date for

MINUTE ORDER
C19-0211-JCC
PAGE - 1

1  Plaintiff's pending motion for summary judgment (Dkt. No. 18).

2      DATED this 21st day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
