THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES K. JEFFERSON,<br><br>　　　　　　Defendant. | CASE NO. C19-0211-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to stay this action for the duration of the U.S. Department of Housing and Urban Development's ("HUD") temporary moratorium on certain foreclosures due to the coronavirus pandemic (Dkt. No. 24). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. This case is hereby STAYED pending the termination of the HUD's temporary foreclosure moratorium. The parties are ORDERED to file a joint status report proposing an amended case schedule, including a new noting date for Plaintiff's pending motion for summary judgment (Dkt. No. 18), within 14 days of the date the moratorium ends.

//

//

MINUTE ORDER
C19-0211-JCC
PAGE - 1

1     DATED this 22nd day of May 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C19-0211-JCC
PAGE - 2