THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES K. JEFFERSON,<br><br>  Defendant. | CASE NO. C19-0211-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case has been stayed pending the termination of the U.S. Department of Housing and Urban Development's ("HUD") temporary moratorium on certain foreclosures due to the coronavirus pandemic (*See* Dkt. Nos. 26, 27). According to HUD's most recent Dear Lender Letter, 2021-06,[1] the moratorium was last extended through July 31, 2021. Therefore, absent further guidance from HUD, it has now lapsed.

Accordingly, the parties are ORDERED to file a joint status report proposing an amended case schedule, including a new noting date for Plaintiff's pending motion for summary judgment

---

[1] *Available at* https://www.hud.gov/sites/dfiles/ PIH/documents/DLL-2021-06 %20COVID19%20Foreclosure%20and%20Eviction%20Extension%20Forbearance%20and%20Loss%20Mitigation%20Expansion%20rev%20071421.pdf

MINUTE ORDER
C19-0211-JCC
PAGE - 1

(Dkt. No. 18) or, in the alternative, provide the Court with notice that the moratorium has again been extended. This is due to the Court within ten days of this order.

DATED this 2nd day of August 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk
