THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C19-0211-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES K. JEFFERSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 29). They agree the stay in this matter should be lifted and propose a schedule to complete briefing, as well as a new trial date. Accordingly, the Court sets the following schedule:

- Defendant's response to Plaintiff's motion for summary judgment (Dkt. No. 18) is due September 13, 2021;
- Plaintiff's reply in support of its motion for summary judgment is due September 24, 2021;
- Proposed pretrial order is due December 23, 2021; and
- Two-day trial is set for January 18, 2022.

The Clerk is DIRECTED to lift the stay in this matter and to renote Plaintiff's motion for

MINUTE ORDER
C19-0211-JCC
PAGE - 1

summary judgment (Dkt. No. 18) to September 24, 2021.

DATED this 11th day of August 2021.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Sandra Rawski
                                          Deputy Clerk