THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES K. JEFFERSON,<br><br>    Defendant. | CASE NO. C19-0211-JCC<br><br>ORDER CONFIRMING FORECLOSURE SALE |

This matter comes before the Court on Plaintiff's motion for an order confirming the sale of real property to satisfy a judgment in this matter. (Dkt. No. 38.) On January 4, 2022, the Court granted Plaintiff's motion for summary judgment and issued a decree of foreclosure and order of sale. (Dkt. No. 37.) Pursuant to that order, Plaintiff was required to confirm the foreclosure sale by filing with the Court: (1) a report of sale; (2) proposed order of confirmation of sale; and (3) proposed deed. (*Id.* at 3–4.) Having reviewed Plaintiff's motion and attachments, the Court FINDS the following:

The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the real property so sold is more particularly described as:

> Lot 2, block C, "Plat of Georgia Manor, Whatcom County, Washington" according to the plat thereof, recorded in volume 8 of plats, page 93, in the Auditor's office of said county and state, containing 0.20 acre, more or less. Situate in Whatcom County, Washington.

The Property is further identified by Whatcom County Assessor's parcel no. 380134-459554-000, and as allotment no. 107-1041 by the Bureau of Indian Affairs. (Hereafter "the Real Property").

The record also reflects that on the date of the sale, all rights, title and interest of the Defendants in and to the Real Property were sold by the United States Marshal to the U.S. Department of Housing and Urban Development (HUD); the United States Marshal properly made and filed his Return & Report of Sale on April 6, 2022; the Court entered a judgment in rem against Defendant James K. Jefferson and the Real Property; and no objections or exceptions were made or filed to the sale of the Real Property or the United States Marshal's Return & Report thereof.

Accordingly, and in light of the remaining record, IT IS HEREBY ORDERED that:

1. The United States' Motion for Order Confirming Foreclosure Sale is GRANTED.

2. The Return and Report the United States Marshal, and the Foreclosure Sale, are in all respects approved and CONFIRMED. The Marshal shall execute and deliver the original certificate of sale/purchase to the purchaser.

3. The United States Marshal, or his successor in office, shall EXECUTE and DELIVER a good and sufficient Deed of Conveyance of the foreclosed Real Property upon the expiration of the 12-month redemption period, absent a redemption, without the need for further order of the Court.

The District Court Clerk is DIRECTED to enter this Order and provide copies to Counsel and pro se parties.

DATED this 28th day of May 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE